IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JESSE ANDREWS, )<br>on behalf of himself and all other )<br>plaintiffs similarly )<br>situated )<br>        v. ) <br>)<br>ROCKFORD PROCESS CONTROL, INC. )<br>        Defendant. ) | Case No.: 17 CV 50171 |

**ORDER GRANTING
<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND AWARD OF ATTORNEY FEES</u>**

The parties have applied, pursuant to Rule 23(e), Fed. R. Civ. P., for an order finally approving settlement of the claims alleged in the Lawsuit, in accordance with a Class Action Settlement Agreement (the "Agreement"), which, together with the exhibits annexed thereto sets forth the terms and conditions for a proposed settlement of the claims against Defendant and for dismissal of the Lawsuit against Defendant upon the terms and conditions set forth therein, and the Court has read and considered the Agreement and the exhibits annexed thereto.

After reviewing the Agreement, all papers filed in connection with Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and an Award of Attorney Fess, and there being no objections thereto, and after considering the arguments of counsel, and, good cause appearing,

**IT IS HEREBY ORDERED:**

1.    Pursuant to Fed. R. Civ. P. 23(e), Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Award of Attorney Fees is GRANTED. The Court finally approves the parties' Agreement and finds that the settlement terms set forth therein are fair, adequate, and reasonable, and in the best interests of the Plaintiffs and those persons that are

identified therein as the "Class Members", and the Agreement is hereby ordered to be performed by all parties.

2. The Court confirms as its final appointment, Jesse Andrews as the representative of the Class.

3. The Court hereby confirms as its final appointment, David Fish, John Kunze, and Kimberly Hilton of The Fish Law Firm as Class Counsel.

4. The Court has determined that the manner of providing notice specified in the Agreement, and also referenced in the Order Granting Preliminary Approval, fully and accurately informed Class of all material elements of the settlement, met the requirements of due process, and was reasonably calculated to apprise the State Law Class Members of the action and settlement.

5. No Class members have filed objections or requests for exclusion from the Class.

6. This final approval order applies to all claims or causes of action settled under the terms of the Agreement, and shall be fully binding with respect to all Class members.

7. Defendant shall issue checks to the Class members as provided for in the parties' Settlement Agreement.

8. The Court approves the unopposed request for attorney fees and costs. The Defendant shall pay to The Fish Law Firm, P.C. the sum of $20,500 in full and final satisfaction of its attorney fees and costs. This payment shall be made at the same time that payments are due to the Class members under the parties' Settlement Agreement.

9. The parties shall continue to perform their obligations under the Settlement Agreement.

10. Upon Defendant's satisfaction of all payments and obligations under the

Agreement, there shall be a permanent bar against the Class Members from filing or prosecuting any claims against the released parties that were released under the parties' Settlement Agreement.

11. This case is dismissed with prejudice.

IT IS SO ORDERED this fifth day of December, 2017

                                        UNITED STATES MAGISTRATE JUDGE

                                        _____
                                        Iain D. Johnston